DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Alex Antonio Hernandez-Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0034 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: April 16, 2012 |
| ALEX ANTONIO HERNANDEZ-RAMIREZ, | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Alex Antonio Hernandez-Ramirez, that the date for status conference in this matter may be continued to April 16, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is April 2, 2012. The requested new date is April 16, 2012.**

The government has extended a fast-track plea offer in this matter and Mr. Hernandez Ramirez has signed the offer. Hernandez-Ramirez has been advised of the USPO guideline calculations and he is aware of the anticipated sentence, but the full PSR has not yet been completed. This short continuance is requested to allow time for completion of the PSR, and time for counsel to review the PSR with Hernandez-Ramirez prior to entry of the plea and sentencing.

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2    effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3    ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4    the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 28, 2012           By /s/ Ian A. Garriques
                                IAN A. GARRIQUES
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 28, 2012           By /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                Alex Antonio Hernandez-Ramirez


**O R D E R**

Good cause has been stated for the continuance.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   March 29, 2012**              /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE